IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN PABLO SANCHEZ<br><br>　　　　　　Defendant. | CR NO: 2:25-CR-0218 DC |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Juan Pablo Sanchez, Book Number 1538773 |
| Detained at | Stanislaus County Sheriff's Detention Center, West |

Detainee is:
　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　charging detainee with: Production of Child Pornography – 18 U.S.C. § 2251(a)
or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Shea J. Kenny |
| Printed Name & Phone No: | Shea J. Kenny, (916) 397-8953 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: December 15, 2025

_/s/ Sean Riordan_
HONORABLE SEAN C. RIORDAN
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Jonathen Sanchez | ☒Male ☐Female | |
| Booking or CDC #: | Booking Number 1538773 | DOB: | 9/18/1999 |
| Facility Address: | 200 E. Hackett Road, Modesto, CA 95358 | Race: | Hispanic |
| Facility Phone: | (209) 525-5630 | | |
| Currently | Stanislaus County Jail | | |

## RETURN OF SERVICE

Executed on: _____

　　　　　　　　　(signature)